**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Ryan Shipley, | No. CV-20-00268-TUC-DCB |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

On November 3, 2020, this Court denied the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. The Petitioner filed an appeal. The Ninth Circuit Court of Appeals issued an Advance Decision on March 29, 2022, affirming the Court's Order and Judgment. On May 16, 2022, the Petitioner filed a Motion for Reconsideration. Absent a showing of good cause, a motion for reconsideration must be filed within "14 days after the date of the filing of the Order that is the subject of the motion." LRCiv. 7.2(g)(2).  There is no good cause shown for this very late request for reconsideration of the Order and Judgment entered two years ago.

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 17) is DENIED.

Dated this 24th day of May, 2022.

Honorable David C. Bury
United States District Judge